[No. 18456–3–I.   Division One.   August 5, 1987.]

*In the Matter of the Marriage of* REBECCA D. FLETCHER,
*Appellant, and* T. F. FLETCHER, JR., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82–3–10730–5, Shannon Wetherall, J., entered
April 25, 1986. *Affirmed* by unpublished opinion per
Thibodeau, J. Pro Tem., concurred in by Callow and Wil-
liams, JJ. Pro Tem.

[No. 7898–1–III.   Division Three.   August 6, 1987.]

DON CRITES, *Respondent,* v. WILLIAM J. KOCH,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whit-
man County, No. 30633, Philip H. Faris, J., entered May
16, 1986. *Affirmed in part* and *reversed in part* by unpub-
lished opinion per Swanson, J., concurred in by Green and
Munson, JJ. Now published at 49 Wn. App. 171.

[No. 8198–9–II.   Division Two.   August 6, 1987.]

THE DEPARTMENT OF LICENSING, *Respondent,* v. ROBERT W.
PORSCHE, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 83–2–01222–5, Frank E. Baker, J., entered
September 19, 1984. *Affirmed* by unpublished opinion per
Draper, J. Pro Tem., concurred in by Brown and Utter, JJ.
Pro Tem.